**An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.**

## IN THE SUPREME COURT OF THE STATE OF NEVADA

RAYMOND JACKSON,
               Appellant,

vs.

THE STATE OF NEVADA,
               Respondent.

No. 68133

**FILED**

JUL 2 7 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

### *ORDER DISMISSING APPEAL*

This is an appeal from a judgment of conviction, pursuant to a guilty plea, of battery with use of a deadly weapon causing substantial bodily harm. Eighth Judicial District Court, Clark County; Michelle Leavitt, Judge.

The judgment of conviction was entered on March 12, 2014. The notice of appeal in this matter was filed on June 1, 2015, well after the expiration of the prescribed 30-day appeal period. *See* NRAP 4(b)(1)(A). Accordingly, on July 6, 2015, we ordered appellant's counsel to show cause why this appeal should not be dismissed for lack of jurisdiction. *See Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994) ("[A]n untimely notice of appeal fails to vest jurisdiction in this court."). In response to the show-cause order, appellant's counsel concedes

15-22574

the appeal is untimely. Because the notice of appeal was not timely filed, we lack jurisdiction and we

ORDER this appeal DISMISSED.[1]

_____, J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

cc:    Hon. Michelle Leavitt, District Judge
       Clark County Public Defender
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk
       Raymond Jackson

---

[1]The clerk of this court shall return, unfiled, the pro se documents received on June 19, 2015, and July 14, 2015.